STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WESLEY C. MEININGER, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. Charles M. Egan, Jr.,* and *Mr. Donald R. DelMonte* for the respondent.

March 10, 1970. Denied.

VINCENT RUSSO, *ET AL.,* PLAINTIFFS-PETITIONERS, v. SAMUEL J. COSTANZO, *ET AL.,* DEFENDANTS-RESPONDENTS.

*Mr. Donald R. Taggart* and *Mr. John F. Strazzulo* for the petitioners.

*Messrs. Orlando & Orlando* and *Mr. Mendel White* for the respondents.

March 10, 1970. Denied.

STATE OF NEW JERSEY (ELINOR O'CONNOR), PLAINTIFF-RESPONDENT, v. JOHN C. O'CONNOR, DEFENDANT-PETITIONER.

*Mr. John C. O'Connor in propria persona.*

*Mr. John P. Breen* for the respondent.

March 10, 1970. Denied.